HENRY M. SUSSWEIN and PHILIP SEGALLER, Respondents, v. FRANK FRANKEL,

Individually and as Mayor of the City of Long Beach, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.